**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number *(if known)*: _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Simon's Wholesale Bakery, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Simon's Bakery (aka) |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 33-0588023 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1901 S RITCHEY STREET | |
| Number        Street | Number        Street |
| | P.O. Box |
| Santa Ana        CA    92705 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Orange County | |
| County | Number        Street |
| | City        State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | simonsbakery.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Simon's Wholesale Bakery, Inc. | Case number (if known) _____ |
|--------|-------------------------------|-------------------------------------------------|
|        | Name                          |                                                 |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

3118____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
        MM / DD / YYYY
        District _____  When _____  Case number _____
        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
        MM / DD / YYYY
        Case number, if known _____

| Debtor | Simon's Wholesale Bakery, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Simon's Wholesale Bakery, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/08/2021
MM / DD / YYYY

X _Rosenstrauch_
Signature of authorized representative of debtor

Pearl Rosenstrauch
Printed name

Title  Pres

**18. Signature of attorney**

X _(signature)_ ☺
Signature of attorney for debtor

Date  04/08/2021
MM / DD / YYYY

Michael Jones
Printed name

M Jones & Associates, PC
Firm name

505 N Tustin Ave Ste 105
Number        Street

Santa Ana
City

CA
State

92705
ZIP Code

714-795-2346
Contact phone

mike@mjonesoc.com
Email address

271574
Bar number

CA
State

---

PR

Michael Jones, SBN 271574
Sara Tidd, SBN 259741
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile:    (888) 341-5213
Email:  mike@mjonesoc.com

Attorney for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: | Case No. |
| Simon's Wholesale Bakery, Inc. | Chapter 11 |
| | **COMPLIANCE DOCUMENTS UNDER 11 U.S.C. §1116 / 11 U.S.C. §1187** |
| Debtor and Debtor-in-Possession. | |

//

//

//

- 1 -

PR

1

2        Attached hereto are copies of the Debtor's most recent balance sheet, statement of

3

4 operations, cash-flow statement, and federal tax return, or a statement under penalty of perjury

5 that no such documents have been prepared and/or that no Federal tax return has been filed.

6

7        Dated this 8 April 2021.

8

9

10

11                              **M Jones & Associates, PC**
Attorneys for Debtor

12

13

14                              Michael Jones

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Declaration of Pearl Rosenstrauch

I, Pearl Rosenstrauch, declare as follows:

1.    I am Pearl Rosenstrauch, the president of the Debtor in the above captioned case. I have personal knowledge of the following, and if called as a witness, I could competently testify to the following of my own personal knowledge, information, and belief. I am totally, completely, and intimately familiar with my financial affairs and the documentation related to my finances.

2.    Attached hereto are copies of the debtor's most recently filed Federal tax return.

3.    Also attached hereto is a cash-flow statement that was prepared for use in my Chapter 11 case for the first 3 months of the case; the debtor will not be operating for more than that.

4.    Also attached hereto are copies of the debtor's most recently prepared balance sheet and profit and loss statement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  This Declaration was executed on 8 April 2021.

Dated this April 8, 2021,

Pearl Rosenstrauch

- 3 -

5:04 PM

01/17/20

Accrual Basis

# Simons Wholesale Bakery
## Balance Sheet
### As of September 30, 2019

|  | Sep 30, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Cash Resources** | |
| Bank Of America | 39.57 |
| Wells Fargo | 2,570.87 |
| WF line of credit | 2,620.61 |
| WF SAV | 900.17 |
| **Total Cash Resources** | 6,131.22 |
| **Total Checking/Savings** | 6,131.22 |
| **Accounts Receivable** | |
| **Accounts Receivable** | |
| Global Bake | 277,439.33 |
| **Total Accounts Receivable** | 277,439.33 |
| **Total Accounts Receivable** | 277,439.33 |
| **Other Current Assets** | |
| Inventory Asset | 111,287.00 |
| **Total Other Current Assets** | 111,287.00 |
| **Total Current Assets** | 394,857.55 |
| **Fixed Assets** | |
| Accumulated Depreciation | -1,185,560.00 |
| **Fixed Assets** | |
| LBC Ovens | 28,836.80 |
| Fixed Assets - Other | 1,260,629.96 |
| **Total Fixed Assets** | 1,289,466.76 |
| **Total Fixed Assets** | 103,906.76 |
| **Other Assets** | |
| Accumulated Amortization | -16,652.00 |
| Route Purchase | 17,000.00 |
| Security Deposit | 35,666.00 |
| **Total Other Assets** | 36,014.00 |
| **TOTAL ASSETS** | 534,778.31 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 91,678.05 |
| **Total Accounts Payable** | 91,678.05 |
| **Other Current Liabilities** | |
| **Current Liabilities** | |
| Transit 3725 | 20,541.02 |
| Transit 8982 | 17,485.94 |
| VW GTI | 6,230.45 |
| **Total Current Liabilities** | 44,257.41 |
| **Total Other Current Liabilities** | 44,257.41 |
| **Total Current Liabilities** | 135,935.46 |
| **Long Term Liabilities** | |
| Citibank | -85.96 |
| Discover | 4,000.00 |

5:04 PM

01/17/20

Accrual Basis

# Simons Wholesale Bakery
## Balance Sheet
### As of September 30, 2019

|  | Sep 30, 19 |
|---|---|
| Rosenstrauch loans | 791,330.01 |
| **Total Long Term Liabilities** | 795,244.05 |
| **Total Liabilities** | 931,179.51 |
| **Equity** |  |
| Opening Balance Equity | -173,397.39 |
| Retained Earnings | -372,818.08 |
| Net Income | 149,814.27 |
| **Total Equity** | -396,401.20 |
| **TOTAL LIABILITIES & EQUITY** | 534,778.31 |

5:20 PM

04/07/21

Accrual Basis

# Simons Wholesale Bakery
## Profit & Loss
### March 2021

|  | Mar 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales** | |
| Discounts-Avendra | -136.64 |
| SALES - GLOBALBAKE | 108,248.00 |
| **Total Sales** | 108,111.36 |
| **Total Income** | 108,111.36 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | |
| Acorn Paper | 1,307.50 |
| Albert Ulster Imports | 215.75 |
| Ambassador Quizzna Foods | 1,273.55 |
| American Paper & Plastic | 1,321.98 |
| Bakemark | 7,308.94 |
| Challenge Dairy | 1,661.69 |
| Citicard | 3,232.71 |
| Credit Cards | 96.00 |
| Farm Fresh Foods | 2,158.85 |
| Puratos | 1,095.22 |
| SUNRISE DAIRY | 4,740.98 |
| YUM YUM | 3,894.70 |
| Cost of Goods Sold - Other | 3,404.69 |
| **Total Cost of Goods Sold** | 31,712.56 |
| **Total COGS** | 31,712.56 |
| **Gross Profit** | 76,398.80 |
| **Expense** | |
| **Automobile Expense** | |
| arco | 1,359.28 |
| DMV | 939.00 |
| First Street Auto | 523.34 |
| **Total Automobile Expense** | 2,821.62 |
| **Bank Service Charges** | 193.59 |
| **Computer and Internet Expenses** | 42.80 |
| **Insurance Expense** | |
| Executives Life | 4,166.24 |
| Workers Comp | 2,171.36 |
| **Total Insurance Expense** | 6,337.60 |
| **Interest Expense** | 136.87 |
| **Office Supplies** | |
| Xerox Copier | 106.47 |
| Office Supplies - Other | 436.68 |
| **Total Office Supplies** | 543.15 |
| **Overhead Costs** | |
| Group Health | 4,464.06 |
| **Total Overhead Costs** | 4,464.06 |
| **Payroll Expenses** | |
| PAYROLL- OWNERS | 9,658.42 |
| PAYROLL - 100 BAKERY | 7,858.87 |
| PAYROLL - 150 PASTRY | 6,594.93 |
| PAYROLL - 200 PACKING | 6,955.52 |
| PAYROLL - 300 DRIVERS | 9,060.63 |
| PAYROLL - 400 CLEANERS | 1,300.96 |
| PAYROLL - MISC | 10,987.71 |
| PAYROLL - OFFICE | 5,705.51 |

5:20 PM

04/07/21

Accrual Basis

# Simons Wholesale Bakery
## Profit & Loss
### March 2021

|                                    | Mar 21     |
|------------------------------------|-----------|
| **Payroll Fees**                   | 228.75    |
| **XX PAYROLL - CONTRIBUTIONS**     | 11,002.98 |
| **Total Payroll Expenses**         | 69,354.28 |
| **Repairs and Maintenance**        |           |
| **Waste Management**               | 200.70    |
| **Western Exterminators**          | 385.00    |
| **Repairs and Maintenance - Other**| 518.24    |
| **Total Repairs and Maintenance**  | 1,103.94  |
| **Telephone Expense**              |           |
| AT&T                               | 460.90    |
| Verizon                            | 377.94    |
| **Total Telephone Expense**        | 838.84    |
| **Utilities**                      |           |
| SCE                                | 4,211.04  |
| So Cal Gas Co                      | 1,301.37  |
| **Total Utilities**                | 5,512.41  |
| **Total Expense**                  | 91,349.16 |
| **Net Ordinary Income**            | -14,950.36|
| **Net Income**                     | -14,950.36|

## 90 Day Cash Flow Projection

| | BUDGET | April 2021 | May 2021 | June 2021 | TOTAL |
|---|---|---|---|---|---|
| Gross Income | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ - | $ 80,000.00 |
| Accounts Payable | | $ 52,000.00 | $ 52,000.00 | $ - | $ 104,000.00 |
| Cost of Goods Sold | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ - | $ 60,000.00 |
| **Total Income** | **$ 70,000.00** | **$ 70,000.00** | **$ 70,000.00** | **$ -** | **$ 140,000.00** |
| | | | | | |
| **Expenses** | | | | | |
| Automobile / Transportation | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ - | $ 5,000.00 |
| Payroll - Insiders | $ 13,000.00 | $ 13,000.00 | $ 13,000.00 | $ - | $ 26,000.00 |
| Payroll - Other Employees | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ - | $ 36,000.00 |
| Taxes not included in payroll | $ - | $ - | $ - | $ - | $ - |
| Rent Expense - Real Property | $ 24,587.00 | $ 24,587.00 | $ 24,587.00 | $ - | $ 49,174.00 |
| Lease Expense - Personal Property | $ 400.00 | $ 400.00 | $ 400.00 | $ - | $ 800.00 |
| Insurance not otherwise in payroll | $ 6,200.00 | $ 6,200.00 | $ 6,200.00 | $ - | $ 12,400.00 |
| Telephone and Utilities | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ - | $ 13,000.00 |
| Repairs and Maintenance | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ - | $ 3,000.00 |
| Travel and Entertainment | $ 500.00 | $ 500.00 | $ 500.00 | $ - | $ 1,000.00 |
| Miscellaneous Operating Expenses | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ - | $ 5,000.00 |
| | | | $ - | | |
| **Total Budget Expenses** | **$ 75,687.00** | **$ 75,687.00** | **$ 75,687.00** | **$ -** | **$ 151,374.00** |
| | | $ - | $ - | | |
| **Net Cash Flow** | **-$ 5,687.00** | **-$ 5,687.00** | **-$ 5,687.00** | **$ -** | **-$ 11,374.00** |



Form **8879-C**

**IRS *e-file* Signature Authorization for Form 1120**

For calendar year **2019**, or tax year beginning 10/01, **2019**, ending 9/30, 2020

► **Do not send to the IRS. Keep for your records.**
► **Go to *www.irs.gov/Form8879C* for the latest information.**

OMB No. 1545-0123

**2019**

Department of the Treasury
Internal Revenue Service

| Name of corporation | Employer identification number |
|---|---|
| SIMON'S WHOLESALE BAKERY | 33-0588023 |

| **Part I** | **Tax Return Information** (Whole dollars only) | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) | **1** | 267,713. |
| 2 | Taxable income (Form 1120, line 30) | **2** | |
| 3 | Total tax (Form 1120, line 31) | **3** | |
| 4 | Amount owed (Form 1120, line 35) | **4** | |
| 5 | Overpayment (Form 1120, line 36) | **5** | |

| **Part II** | **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.** |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize    BRETT R FRIEDMAN    to enter my PIN    99354    as my signature
                      ERO firm name                                           do not enter all zeros
on the corporation's 2019 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ► _____    Date ► _____    Title ► PRESIDENT

| **Part III** | **Certification and Authentication** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▮▮▮▮▮
                                                                                                                                                          do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ►    BRETT FRIEDMAN    Date ► _____

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**BAA  For Paperwork Reduction Act Notice, see instructions.**    Form **8879-C** (2019)

CPCA1201L  08/02/19



**Form 1120**
Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2019 or tax year beginning __10/01__, 2019, ending __9/30__, __2020__

► Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2019**

**A Check if:**

1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instrs) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

SIMON'S WHOLESALE BAKERY
1901 S. RITCHEY STREET
SANTA ANA, CA 92705

**B Employer identification number**
33-0588023

**C Date incorporated**
10/08/1993

**D Total assets (see instructions)**
$ 349,847.

**E Check if:** (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

| | | | |
|---|---|---|---|
| **I N C O M E** | 1a Gross receipts or sales | 1a | 1,964,621. |
| | b Returns and allowances | 1b | 40,832. |
| | c Balance. Subtract line 1b from line 1a | 1c | 1,923,789. |
| | 2 Cost of goods sold (attach Form 1125-A) | 2 | 1,656,076. |
| | 3 Gross profit. Subtract line 2 from line 1c | 3 | 267,713. |
| | 4 Dividends and inclusions (Schedule C, line 23) | 4 | |
| | 5 Interest | 5 | |
| | 6 Gross rents | 6 | |
| | 7 Gross royalties | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 Other income (see instructions – attach statement) | 10 | |
| | 11 **Total income.** Add lines 3 through 10 | 11 | 267,713. |
| **DEDUCTIONS (See instructions for limitations on deductions.)** | 12 Compensation of officers (see instructions – attach Form 1125-E) | 12 | 72,000. |
| | 13 Salaries and wages (less employment credits) | 13 | |
| | 14 Repairs and maintenance | 14 | |
| | 15 Bad debts | 15 | |
| | 16 Rents | 16 | |
| | 17 Taxes and licenses. SEE STATEMENT 1 | 17 | 10,344. |
| | 18 Interest (see instructions) | 18 | 2,498. |
| | 19 Charitable contributions | 19 | 0. |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | |
| | 21 Depletion | 21 | |
| | 22 Advertising | 22 | |
| | 23 Pension, profit-sharing, etc., plans | 23 | |
| | 24 Employee benefit programs | 24 | 47,273. |
| | 25 Reserved for future use | 25 | |
| | 26 Other deductions (attach statement) SEE STATEMENT 2 | 26 | 116,107. |
| | 27 **Total deductions.** Add lines 12 through 26 | 27 | 248,222. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 19,491. |
| | 29a Net operating loss deduction (see instructions) SEE ST 3 | 29a | 19,491. |
| | b Special deductions (Schedule C, line 24) | 29b | |
| | c Add lines 29a and 29b | 29c | 19,491. |
| **TAX, REFUNDABLE CREDITS, AND PAYMENTS** | 30 **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | 0. |
| | 31 Total tax (Schedule J, Part I, line 11) | 31 | 0. |
| | 32 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | 32 | |
| | 33 Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | 33 | 0. |
| | 34 Estimated tax penalty. See instructions. Check if Form 2220 is attached ► ☐ | 34 | |
| | 35 **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | 0. |
| | 36 **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | |
| | 37 Enter amount from line 36 you want: Credited to 2020 estimated tax ► ___ Refunded ► | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title ► PRESIDENT

May the IRS discuss this return with the preparer shown below? See instructions.
☒ Yes  ☐ No

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| BRETT FRIEDMAN | BRETT FRIEDMAN | | | |
| Firm's name ► BRETT R FRIEDMAN | | Firm's EIN ► | |
| Firm's address ► 4040 BARRANCA PKWY #280 IRVINE, CA 92604 | | Phone no. | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.

CPCA0205  08/22/19

Form **1120** (2019)

Form 1120 (2019)   SIMON'S WHOLESALE BAKERY                33-0588023                Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | **(a)** Dividends and inclusions | **(b)** Percentage | **(c)** Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c) lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2019)

CPCA0212  08/22/19

Form 1120 (2019)   SIMON'S WHOLESALE BAKERY                                    33-0588023              Page **3**

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | |
|---|---|---|---|

**Part I — Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions . . . . ▶ ☐ | | |
| 2 | Income tax. See instructions | **2** | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | **3** | |
| 4 | Add lines 2 and 3 | **4** | 0. |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | |
| **b** | Credit from Form 8834 (see instructions) | **5b** | |
| **c** | General business credit (attach Form 3800) | **5c** | |
| **d** | Credit for prior year minimum tax (attach Form 8827) | **5d** | |
| **e** | Bond credits from Form 8912 | **5e** | |
| 6 | **Total credits.** Add lines 5a through 5e | **6** | |
| 7 | Subtract line 6 from line 4 | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | |
| **b** | Recapture of low-income housing credit (attach Form 8611) | **9b** | |
| **c** | Interest due under the look-back method — completed long-term contracts (attach Form 8697) | **9c** | |
| **d** | Interest due under the look-back method — income forecast method (attach Form 8866) | **9d** | |
| **e** | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | |
| **f** | Other (see instructions — attach statement) | **9f** | |
| 10 | **Total.** Add lines 9a through 9f | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | **11** | 0. |

**Part II — Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32. | **12** | |

**Part III — Payments and Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| 13 | 2018 overpayment credited to 2019 | **13** | |
| 14 | 2019 estimated tax payments | **14** | |
| 15 | 2019 refund applied for on Form 4466 | **15** | |
| 16 | Combine lines 13, 14, and 15 | **16** | 0. |
| 17 | Tax deposited with Form 7004 | **17** | |
| 18 | Withholding (see instructions) | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | **19** | 0. |
| 20 | Refundable credits from: | | |
| **a** | Form 2439 | **20a** | |
| **b** | Form 4136 | **20b** | |
| **c** | Form 8827, line 5c | **20c** | |
| **d** | Other (attach statement — see instructions) | **20d** | |
| 21 | **Total credits.** Add lines 20a through 20d | **21** | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions | **22** | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | **23** | 0. |

Form **1120** (2019)

CPCA0234   08/22/19

Form 1120 (2019)   SIMON'S WHOLESALE BAKERY                              33-0588023                          Page **4**

| **Schedule K** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash   **b** ☒ Accrual   **c** ☐ Other (specify) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**2** See the instructions and enter the:

**a** Business activity code no. ► 311800 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**b** Business activity ► BAKERY _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**c** Product or service ► BAKED GOODS _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?.................................. | X

If "Yes," enter name and EIN of the parent corporation ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G)............ | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)....... | X |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions.................................................................................................. | X

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions................................................................................................. | X

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316....................... | X

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: | X

**(a)** Percentage owned ► _ _ _ _ _ _ . and **(b)** Owner's country ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ►_ _ _ _ _ _ _ _ _ _ _ _ _

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount.................. ► ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ► $_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ NONE

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions)......................... ► ☐ If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.)..................................... ► $                    182,537.

Form **1120** (2019)

Form 1120 (2019)    SIMON'S WHOLESALE BAKERY    33-0588023    Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | | |
|---|---|---|---|
| | | Yes | No |
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000?.................................................................................................... | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year  ▶ $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions........... If "Yes," complete and attach Schedule UTP. | | X |
| 15a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099?.................................. | X | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099?............................................................. | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock?................................................................................................................ | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction?............................................... | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million?............................................................................... | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code?...................... | | X |
| 20 | Is the corporation operating on a cooperative basis?.......................................................................... | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions............................................................................................... | | X |
| | If "Yes," enter the total amount of the disallowed deductions  ▶ $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3))......................................................................................... | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions............................................................................... | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions................................................. | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," to any, complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?........................................ | | X |
| | If "Yes," enter amount from Form 8996, line 14.............. ▶ $ | | |

Form **1120** (2019)



Form 1120 (2019)    SIMON'S WHOLESALE BAKERY                               33-0588023              Page **6**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 Cash | | | 36,362. | | 61,067. |
| 2a Trade notes and accounts receivable | | 253,982. | | 73,605. | |
| b Less allowance for bad debts | | | 253,982. | | 73,605. |
| 3 Inventories | | | 118,242. | | 136,287. |
| 4 U.S. government obligations | | | | | |
| 5 Tax-exempt securities (see instructions) | | | | | |
| 6 Other current assets (attach statement) | | | | | |
| 7 Loans to shareholders | | | | | |
| 8 Mortgage and real estate loans | | | | | |
| 9 Other investments (attach statement) | | | | | |
| 10a Buildings and other depreciable assets | | 1,361,538. | | 1,361,538. | |
| b Less accumulated depreciation | | 1,280,114. | 81,424. | 1,282,650. | 78,888. |
| 11a Depletable assets | | | | | |
| b Less accumulated depletion | | | | | |
| 12 Land (net of any amortization) | | | | | |
| 13a Intangible assets (amortizable only) | | 17,000. | | 17,000. | |
| b Less accumulated amortization | | 17,000. | | 17,000. | |
| 14 Other assets (attach statement) | | | | | |
| 15 Total assets | | | 490,010. | | 349,847. |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16 Accounts payable | | | 126,140. | | 21,699. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | | |
| 18 Other current liabilities (attach stmt)  SEE ST 4 | | | 3,914. | | 27,500. |
| 19 Loans from shareholders | | | 632,411. | | 518,640. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | | 40,400. |
| 21 Other liabilities (attach statement) | | | | | |
| 22 Capital stock: a Preferred stock | | | | | |
| b Common stock | | 10,000. | 10,000. | 10,000. | 10,000. |
| 23 Additional paid-in capital | | | | | |
| 24 Retained earnings — Approp (att stmt) | | | | | |
| 25 Retained earnings — Unappropriated | | | -282,455. | | -268,392. |
| 26 Adjmt to shareholders' equity (att stmt) | | | | | |
| 27 Less cost of treasury stock | | | | | |
| 28 Total liabilities and shareholders' equity | | | 490,010. | | 349,847. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|
| | **Note:** The corporation may be required to file Schedule M-3. See instructions. |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 14,063. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | Tax-exempt interest $ _ _ _ _ _ _ _ _ | |
| 3 | Excess of capital losses over capital gains | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 4 | Income subject to tax not recorded on books this year (itemize): _ _ _ _ _ _ _ _ _ _ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation $ _ _ _ _ _ _ _ _ | |
| | | | | b Charitable contribns $ _ _ _ _ _ _ | |
| a | Depreciation $ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| b | Charitable contributions $ _ _ _ _ _ _ _ 700. | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| c | Travel & entertainment $ _ _ _ _ 4,728. | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 5,428. | 9 | Add lines 7 and 8 | 0. |
| 6 | Add lines 1 through 5 | 19,491. | 10 | Income (page 1, line 28) — line 6 less line 9 | 19,491. |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -282,455. | 5 | Distributions a Cash | |
| 2 | Net income (loss) per books | 14,063. | | b Stock c Property | |
| 3 | Other increases (itemize): _ _ _ _ _ _ _ _ _ | | 6 | Other decreases (itemize): | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -268,392. | 8 | Balance at end of year (line 4 less line 7) | -268,392. |

Form **1120** (2019)

PR

Form **1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
► **Go to** *www.irs.gov/Form1125A* **for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| SIMON'S WHOLESALE BAKERY | 33-0588023 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | 118,242. |
| 2 | Purchases | **2** | 606,199. |
| 3 | Cost of labor | **3** | 572,034. |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) .......... SEE STATEMENT 5 | **5** | 495,888. |
| 6 | **Total.** Add lines 1 through 5 | **6** | 1,792,363. |
| 7 | Inventory at end of year | **7** | 136,287. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 1,656,076. |

**9a** Check all methods used for valuing closing inventory:

   *(i)* [X] Cost

   *(ii)* [ ] Lower of cost or market

   *(iii)* [ ] Other (Specify method used and attach explanation.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  **b** Check if there was a writedown of subnormal goods .......................................................... ► [ ]

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)................... ► [ ]

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO ...... | **9d** |

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ...... [ ] Yes [X] No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ................................................ [ ] Yes [X] No

**BAA  For Paperwork Reduction Act Notice, see instructions.**                                        Form **1125-A** (Rev. 11-2018)

**SCHEDULE G**
**(Form 1120)**
(Rev December 2011)

Department of the Treasury
Internal Revenue Serv ce

# Information on Certain Persons Owning the Corporation's Voting Stock
► **Attach to Form 1120.**
► **See instructions.**

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| SIMON'S WHOLESALE BAKERY | 33-0588023 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a).
Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of the corporation's stock entitled to vote (see instructions).

| (i) Name of Ent ty | (ii) Employer Identif cat on Number (if any) | (iii) Type of Ent ty | (iv) Country of Organization | (v) Percentage Owned n Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b).
Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instruct ons) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| PEARL ROSENSTRAUCH | ████-6964 | UNITED STATES | 75.00% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**BAA** **For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

CPCA1901L   06/02/11

Schedule G (Form 1120) (Rev 12-2011)

Form **1125-E**
(Rev October 2016)
Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

► Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name
SIMON'S WHOLESALE BAKERY

Employer identification number
33-0588023

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | PEARL ROSENSTRAUCH | -6964 | 100 % | 75.00 % | 0.00 % | 72,000. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | |
|---|---|---|
| **2** Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 72,000. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 72,000. |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev 10-2016)

CPCA2101L  08/18/16



Form **4562**

Department of the Treasury
Internal Revenue Service (99)

### Depreciation and Amortization
#### (Including Information on Listed Property)
► Attach to your tax return.
► Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2019**

Attachment
Sequence No. **179**

Name(s) shown on return
SIMON'S WHOLESALE BAKERY

Identifying number
33-0588023

Business or activity to wh ch this form relates
FORM 1120

| Part I | **Election To Expense Certain Property Under Section 179** |
|---|---|
| | Note: If you have any listed property, complete Part V before you complete Part I. |

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ► | 13 | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

| Part II | **Special Depreciation Allowance and Other Depreciation** (Don't include listed property. See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

| Part III | **MACRS Depreciation** (Don't include listed property. See instructions.) |
|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciat on (bus ness/investment use only — see nstruct ons) | **(d)** Recovery period | **(e)** Convent on | **(f)** Method | **(g)** Deprec at on deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs | | S/L | |
| **h** Residential rental | | | 27.5 yrs | MM | S/L | |
| property | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real | | | 39 yrs | MM | S/L | |
| property | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs | | S/L | |
| **c** 30-year | | | 30 yrs | MM | S/L | |
| **d** 40-year | | | 40 yrs | MM | S/L | |

| Part IV | **Summary** (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA  **For Paperwork Reduction Act Notice, see separate instructions.**

FDIZ0812L 08/05/19

Form **4562** (2019)

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ► **Attach to your tax return.** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Serv ce    (99) | ► **Go to www.irs.gov/Form4562 for instructions and the latest information.** | **2019** Attachment Sequence No. **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| SIMON'S WHOLESALE BAKERY | 33-0588023 |

Business or activity to wh ch this form relates

FORM 1125-A (COST OF GOODS SOLD)

**Part I**    **Election To Expense Certain Property Under Section 179**
Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 .... **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | **10** |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs | **11** |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ....... ► **13** | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**    **Special Depreciation Allowance and Other Depreciation** (Don't include listed property. See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** |
| 15 | Property subject to section 168(f)(1) election | **15** |
| 16 | Other depreciation (including ACRS) | **16** |

**Part III**    **MACRS Depreciation (Don't** include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | **17** |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here. ► ☐ | |

**Section B — Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| **(a)** Classification of property | **(b)** Month and year placed n service | **(c)** Basis for depreciat on (bus ness/investment use only — see nstruct ons) | **(d)** Recovery period | **(e)** Convent on | **(f)** Method | **(g)** Deprec at on deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs | | S/L | |
| **h** Residential rental | | | 27.5 yrs | MM | S/L | |
| property | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real | | | 39 yrs | MM | S/L | |
| property | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs | | S/L | |
| **c** 30-year | | | 30 yrs | MM | S/L | |
| **d** 40-year | | | 40 yrs | MM | S/L | |

**Part IV**    **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 2,536. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | **22** | 2,536. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**     FDIZ0812L 08/05/19     Form **4562** (2019)

Form 4562 (2019)    SIMON'S WHOLESALE BAKERY                                33-0588023    Page **2**

**Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A – Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

24a Do you have evidence to support the business/investment use claimed?.......... [X] Yes [ ] No  24b If 'Yes,' is the evidence written?...... [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| VW GTI | 10/01/17 | 100.0 | 24,766. | 13,206. | 5.0 | 200DB HY | 2,536. | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 2,536. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | 0. |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |
| | **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

**Part VI** | **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2019 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

FDIZ0812L 08/05/19                                                            Form **4562** (2019)

PR

| 2019 | FEDERAL STATEMENTS | PAGE 1 |
|------|--------------------|--------|
|      | SIMON'S WHOLESALE BAKERY | 33-0588023 |

**STATEMENT 1**
**FORM 1120, LINE 17**
**TAXES AND LICENSES**

| | | |
|---|---|---|
| LICENSES AND PERMITS | $ | 6,465. |
| STATE TAX | | 800. |
| PERSONAL PROPERTY TAXES | | 3,079. |
| TOTAL | $ | 10,344. |

**STATEMENT 2**
**FORM 1120, LINE 26**
**OTHER DEDUCTIONS**

| | | |
|---|---|---|
| ACCOUNTING | $ | 600. |
| BANK CHARGES | | 3,988. |
| SUBSCRIPTIONS | | 11,376. |
| INSURANCE | | 33,241. |
| LEGAL AND PROFESSIONAL | | 1,436. |
| MEALS | | 4,729. |
| OFFICE EXPENSE | | 25,541. |
| SECURITY | | 961. |
| SUPPLIES | | 8,658. |
| TELEPHONE | | 10,847. |
| TRAVEL | | 6,501. |
| COMPUTER AND INTERNET | | 729. |
| LODGING | | 4,287. |
| PAYROLL SERVICE | | 3,213. |
| TOTAL | $ | 116,107. |

**STATEMENT 3**
**FORM 1120, LINE 29A**
**NET OPERATING LOSS DEDUCTION**

| | | | | |
|---|---|---|---|---|
| CARRYOVER GENERATED FROM YEAR END | 9/30/11 | $ | 68,807. | |
| AMOUNT UTILIZED IN 2018 | | 46,710. | | |
| TOTAL UTILIZATION | | | $ | 46,710. |
| AVAILABLE FOR CARRYOVER TO 2019 | | | | 22,097. |
| CARRYOVER GENERATED FROM YEAR END | 9/30/12 | $ | 22,434. | |
| AVAILABLE FOR CARRYOVER TO 2019 | | | | 22,434. |
| CARRYOVER GENERATED FROM YEAR END | 9/30/13 | $ | 63,896. | |
| AVAILABLE FOR CARRYOVER TO 2019 | | | | 63,896. |
| CARRYOVER GENERATED FROM YEAR END | 9/30/14 | $ | 71,959. | |
| AVAILABLE FOR CARRYOVER TO 2019 | | | | 71,959. |

**2019**                          **FEDERAL STATEMENTS**                          **PAGE 2**

SIMON'S WHOLESALE BAKERY                                    33-0588023

---

**STATEMENT 3 (CONTINUED)**
**FORM 1120, LINE 29A**
**NET OPERATING LOSS DEDUCTION**

| | | |
|---|---|---|
| CARRYOVER GENERATED FROM YEAR END    9/30/15 | $ | 2,151. |
| AVAILABLE FOR CARRYOVER TO 2019 | | 2,151. |
| NET OPERATING LOSSES AVAILABLE IN 2019 | $ | 182,537. |
| TAXABLE INCOME | | 19,491. |
| TOTAL NET OPERATING LOSS DEDUCTION | | 19,491. |

---

**STATEMENT 4**
**FORM 1120, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|---|---|
| CREDIT CARD PAYABLE | $ 3,914. | $ 0. |
| AUTO LOAN PAYABLE | 0. | 27,500. |
| TOTAL | $ 3,914. | $ 27,500. |

---

**STATEMENT 5**
**FORM 1125-A, LINE 5**
**OTHER COST OF GOODS SOLD**

| | |
|---|---|
| DEPRECIATION | $ 2,536. |
| DELIVERY | 41,797. |
| UTILITIES | 82,306. |
| RENT | 249,618. |
| EQUIPMENT REPAIRS MAINTENACNE | 39,322. |
| SUPPLIES | 4,957. |
| WORKERS COMPENSATION | 75,352. |
| TOTAL | $ 495,888. |



<div style="border:1px solid">

**Fill in this information to identify the case:**

Debtor name _____ Simon's Wholesale Bakery, Inc. _____

United States Bankruptcy Court for the: _____ Central District of California _____

(State)

Case number (If known): _____

</div>

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ................................................................
        $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................................
        $ _____1,962,498.27

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ...............................................................
        $ _____1,962,498.27

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................
    $ _____62,417.64

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................
        $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*..............................
        +$ _____831,115.12

4. **Total liabilities** ..............................................................................................
    Lines 2 + 3a + 3b
    $ _____893,532.76

<table>
<tr><td><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name _____Simon's Wholesale Bakery, Inc._____

United States Bankruptcy Court for the: __Central District of California___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bakemark P.O. Box 102566 Pasadena, CA, 91189 | | Suppliers or Vendors | | | | 8,548.95 |
| 2 | Sodexo PO Box 7247-8673 Philadelphia, PA, 19170-8673 | | Services | | | | 6,655.54 |
| 3 | Ariba, Inc. 3420 Hillview Ave, Bldg 3 Palo Alto, CA, 94304 | | Suppliers or Vendors | Disputed | | | 5,915.67 |
| 4 | Acorn Paper Products 3686 E Olympic Blvd Los Angeles, CA, 90023 | | Suppliers or Vendors | Disputed | | | 3,568.65 |
| 5 | O.C. Egg Distribution 1122 E 17th Street Santa Ana, CA, 92701 | | Suppliers or Vendors | | | | 1,809.45 |
| 6 | Chef's Warehouse 16633 East Gale Avenue Hacienda Heights, CA, 91745 | | Suppliers or Vendors | | | | 1,291.65 |
| 7 | American Paper and Plastic 550 S 7th Ave La Puente, CA, 91746 | | Suppliers or Vendors | | | | 798.43 |
| 8 | Kaufman & Kaufman 1001 N Ross St Santa Ana, CA, 92701 | | Services | | | | 196.78 |

Debtor   Simon's Wholesale Bakery, Inc.
_____
         Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Richey Associates, LLC c/o Robert James Socci, Reg. Agent 30591 STEEPLECHASE DRIVE San Juan Capistrano, CA, 92675 | | disputed claim for rent | Disputed Unliquidated | | | 0.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name _Simon's Wholesale Bakery, Inc._

United States Bankruptcy Court for the: _Central District of California_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                             $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 4 0 7 4 | $ 436.17 |
| 3.2. | See continuation sheet | | | $ 81,298.10 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**                                                                                          $ 81,734.27

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit with Landlord | $ 35,500.00 |
| 7.2. | _____ | $_____ |

Debtor      Simon's Wholesale Bakery, Inc.
            Name                                                    Case number *(if known)*_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____  $_____
   8.2._____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.      $ 35,500.00

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   116,173.00   –   0.00   = ........→   $ 116,173.00
                                face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:   5,375.33   –   5,375.33   = ........→   $ 0.00
                             face amount     doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ 116,173.00

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____   _____   $_____
    14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1._____   _____%   _____   $_____
    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____
    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.      $_____

---

Debtor    Simon's Wholesale Bakery, Inc.
      Name    Case number (if known)_____

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>raw materials | _____<br>MM / DD / YYYY | $_____ | estimated liquidated val | $ 10,000.00 |
| **20. Work in progress**<br>Work in Progress | _____<br>MM / DD / YYYY | $_____ | estimated liquidated val | $ 10,000.00 |
| **21. Finished goods, including goods held for resale**<br>Finished Goods | _____<br>MM / DD / YYYY | $_____ | estimated liquidated val | $ 10,000.00 |
| **22. Other inventory or supplies**<br>Other Inventory and Supplies | _____<br>MM / DD / YYYY | $_____ | estimated liquidated val | $ 30,000.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 60,000.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value _____    Valuation method estimated liquidated valu    Current value 10,000.00_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor   Simon's Wholesale Bakery, Inc.
         Name                                                    Case number *(if known)*_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Office Furniture | $_____ | comparable used valu | $ 1,000.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Office Equipment | $_____ | _____ | $ 100.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,100.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Simon's Wholesale Bakery, Inc.
          Name

Case number *(if known)*_____

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Ford Transit Delivery Van | $_____ | KBB.com | $ 3,380.00 |
| 47.2 Hyundai | $_____ | KBB.com | $ 2,810.00 |
| 47.3 Ford Transit Delivery Van | $_____ | kbb.com | $ 6,531.00 |
| 47.4 See continuation sheet | $ 5,020.00 | | $ 5,020.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Fixtures, machinery, and equipment

| | | | |
|---|---|---|---|
| | $ 100,000.00 | comparable used valu | $ 100,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $ 117,741.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   Simon's Wholesale Bakery, Inc.
Name _____   Case number (if known) _____

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Commercial Bakery located at 1901 S. Ritchey Street, Santa Ana, 92705 | Leasehold Interest Only | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| 0.00<br>$_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>webpage | $_____ | Value stated is annual cost of | 250.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $_____ | | Unknown<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| 65. **Goodwill**<br>Goodwill of business | $_____ | | Unknown<br>$_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| 250.00<br>$_____ |
|---|

Debtor    Simon's Wholesale Bakery, Inc.
          Name                                              Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 11:** **All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ _____ − _____ = ➡ $_____
                           Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Unused Net Operating Losses_____ Tax year 2009      $ Unknown
_____ Tax year _____    $_____
_____ Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____                      $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Potential claim against landlord                       $ 1,550,000.00

**Nature of claim**    bad faith rejection of lease assumption
**Amount requested**   $ 1,550,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                      $_____

**Nature of claim**    _____
**Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

_____                      $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                      $_____
_____                      $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.           $ 1,550,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Simon's Wholesale Bakery, Inc.
Name    Case number *(if known)*_____

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 81,734.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 35,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 116,173.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 60,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 117,741.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 250.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,550,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,962,498.27 | 91b. + $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................................ 1,962,498.27    $ 1,962,498.27

Debtor 1    Simon's Wholesale Bakery, Inc.            Case number _(if known)_____

First Name     Middle Name     Last Name

## <u>Continuation Sheet for Official Form 206 A/B</u>

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| **Wells Fargo Bank** | **Checking** | **6139** |
| **Balance: 26,852.46** | | |
| **Wells Fargo Bank** | **Savings** | **3011** |
| **Balance: 54,445.64** | | |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| **Ford Transit Delivery Van; non-operation with marginal valuation** | | | **0.00** |
| **Ford Transit Delivery Van** | **5,020.00** | **KBB.com** | **5,020.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Simon's Wholesale Bakery, Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known): | |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Ally Financial | Ford Transit Delivery Van | $ 10,078.49 | $ 5,020.00 |

**Creditor's mailing address**
P.O. Box 380901
Minneapolis, MN 55438

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Ally Financial | Ford Transit Delivery Van | $11,839.15 | $6,531.00 |

**Creditor's mailing address**
P.O. Box 380901
Minneapolis, MN 55438

**Creditor's email address, if known**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 62,417.64

Debtor _____  Case number _(if known)_____
       Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
US Small Business Administration

Describe debtor's property that is subject to a lien

Fixtures, machinery, and equipment     $40,500.00     $100,000.00

Creditor's mailing address

409 3rd St, SW
Washington, DC 20416

Creditor's email address, if known

Date debt was incurred   08/01/2020
Last 4 digits of account
number   3817

Describe the lien

UCC Filing, SBA Lien on all property of the B

Is the creditor an insider or related party?
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.___** Creditor's name

Describe debtor's property that is subject to a lien

$_____     $_____

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account
number _____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Simon's Wholesale Bakery, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____ Simon's Wholesale Bakery, Inc. _____

United States Bankruptcy Court for the: _Central District of California_

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

_____

Last 4 digits of account
number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

_____

Last 4 digits of account
number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

_____

Last 4 digits of account
number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
**claim:** 11 U.S.C. § 507(a) (_____)

Debtor  Simon's Wholesale Bakery, Inc.
_____    Case number (if known)_____
        Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

<table>
<tr><td></td><td></td><td colspan="2">Amount of claim</td></tr>
<tr>
<td>**3.1**</td>
<td>**Nonpriority creditor's name and mailing address**<br>Acorn Paper Products<br>3686 E Olympic Blvd<br>Los Angeles, CA, 90023<br><br><br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____</td>
<td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Suppliers or Vendors<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes</td>
<td>$ 3,568.65</td>
</tr>
<tr>
<td>**3.2**</td>
<td>**Nonpriority creditor's name and mailing address**<br>American Paper and Plastic<br>550 S 7th Ave<br>La Puente, CA, 91746<br><br><br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____</td>
<td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Suppliers or Vendors<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes</td>
<td>$ 798.43</td>
</tr>
<tr>
<td>**3.3**</td>
<td>**Nonpriority creditor's name and mailing address**<br>Ariba, Inc.<br>3420 Hillview Ave, Bldg 3<br>Palo Alto, CA, 94304<br><br><br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____</td>
<td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Suppliers or Vendors<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes</td>
<td>$ 5,915.67</td>
</tr>
<tr>
<td>**3.4**</td>
<td>**Nonpriority creditor's name and mailing address**<br>Bakemark<br>P.O. Box 102566<br>Pasadena, CA, 91189<br><br><br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____</td>
<td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Suppliers or Vendors<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes</td>
<td>$ 8,548.95</td>
</tr>
<tr>
<td>**3.5**</td>
<td>**Nonpriority creditor's name and mailing address**<br>Chef's Warehouse<br>16633 East Gale Avenue<br>Hacienda Heights, CA, 91745<br><br><br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____</td>
<td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Suppliers or Vendors<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes</td>
<td>$ 1,291.65</td>
</tr>
<tr>
<td>**3.6**</td>
<td>**Nonpriority creditor's name and mailing address**<br>Kaufman & Kaufman<br>1001 N Ross St<br>Santa Ana, CA, 92701<br><br><br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____</td>
<td>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes</td>
<td>$ 196.78</td>
</tr>
</table>

Debtor  Simon's Wholesale Bakery, Inc.                               Case number (if known) _____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address**

O.C. Egg Distribution
1122 E 17th Street
Santa Ana, CA, 92701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,809.45

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.8** | **Nonpriority creditor's name and mailing address**

Richey Associates, LLC
c/o Robert James Socci, Reg. Agent
30591 STEEPLECHASE DRIVE
San Juan Capistrano, CA, 92675

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  disputed claim for rent

Is the claim subject to offset?
☒ No
☐ Yes

$ Undetermined

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.9** | **Nonpriority creditor's name and mailing address**

Seymour and Pearl Rosenstrauch
8 Broadleaf
Irvine, CA, 92612

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Is the claim subject to offset?
☒ No
☐ Yes

$ 802,330.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.10** | **Nonpriority creditor's name and mailing address**

Sodexo
PO Box 7247-8673
Philadelphia, PA, 19170-8673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,655.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.___** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Simon's Wholesale Bakery, Inc.                    Case number *(if known)*_____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 831,115.12 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 831,115.12 |

**Fill in this information to identify the case:**

Debtor name ___Simon's Wholesale Bakery, Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): _____    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease for 1901 S RITCHEY STREET SANTA ANA CA | Ritchey Associates, LLC<br>c/o Robert James Socci, Reg. Agent<br>30591 STEEPLECHASE DRIVE<br>San Juan Capistrano, CA, 92675 |
| | State the term remaining | approx 2 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _Simon's Wholesale Bakery, Inc._

United States Bankruptcy Court for the: _Central District of California_

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2. |

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Pearl Rosenstrauch | Pearl Rosenstrauch<br>8 Broadleaf<br>Irvine, CA 92612 | Richey Associates, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.2<br><br>Seymour Rosenstrau | Seymour Rosenstrauch<br>8 Broadleaf<br>Irvine, CA 92612 | Richey Associates, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ____Simon's Wholesale Bakery, Inc._____

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 10/01/2020 MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other | $ 431,675.03 |
| **For prior year:** | From 10/01/2019 MM / DD / YYYY | to | 09/30/2020 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 1,844,989.12 |
| **For the year before that:** | From 10/01/2018 MM / DD / YYYY | to | 09/30/2019 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 3,346,203.50 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 10/01/2020 MM / DD / YYYY | to | Filing date | PPP forgivable loan | $ 181,000.00 |
| **For prior year:** | From 10/01/2019 MM / DD / YYYY | to | 09/30/2020 MM / DD / YYYY | PPP forgivable loan | $ 139,045.00 |
| **For the year before that:** | From 10/01/2018 MM / DD / YYYY | to | 09/30/2019 MM / DD / YYYY | | $ 0.00 |

| Debtor | Simon's Wholesale Bakery, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Pearl J Rosenstrauch Insider's name 8 Broadleaf Irvine, CA 92612 | 1/22/2021 _____ _____ | $ 10,702.87 | Reimbursed expenses of the business |
| | Relationship to debtor Debtor's President | | | |
| 4.2. | _____ Insider's name | _____ _____ _____ | $_____ | |
| | Relationship to debtor _____ | | | |

---

| Debtor | Simon's Wholesale Bakery, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ritchey Associates, LLC v. Simon's Wholesale Bakery, Inc. | Unlawful Detainer | Superior Court of California- Orange County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 30-2021-01184208-cu-ud-cjc | | 700 Civic Center Drive West Santa Ana, CA 92701 | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | | |

| Debtor | Simon's Wholesale Bakery, Inc. | Case number *(if known)* |
|--------|-------------------------------|--------------------------|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|----------------------------|-------|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

| Part 5: | Certain Losses |
|---------|----------------|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | Simon's Wholesale Bakery, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | M Jones & Associates, PC | Ch 11 initial deposit | 04/2021 | $ 30,000.00 |
| | **Address** | | | |
| | 505 N Tustin Ave, Ste 105 Santa Ana, CA 92705 | | | |
| | **Email or website address** MJonesOC.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Kaufman & Kaufman | Landlord/Tenant Legal Representation | 04/2021 | $ 8,000.00 |
| | **Address** 1001 N Ross St Santa Ana, CA 92701 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

| Debtor | Simon's Wholesale Bakery, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____   To _____ |
| 14.2. | | From _____   To _____ |

| Debtor | Simon's Wholesale Bakery, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ | | _____ |
| | Facility name | | |
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* | How are records kept? |
| | | | *Check all that apply:* |
| | | | ☐ Electronically |
| | | | ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ | | _____ |
| | Facility name | | |
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* | How are records kept? |
| | | | *Check all that apply:* |
| | | | ☐ Electronically |
| | | | ☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

Debtor    Simon's Wholesale Bakery, Inc.
_____    Case number (if known)_____
        Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

---

| Debtor | Simon's Wholesale Bakery, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ | | | $_____ |
| Name | | | |

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

Debtor    Simon's Wholesale Bakery, Inc.
_____    Case number (*if known*)_____
            Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    Simon's Wholesale Bakery, Inc.                                    Case number (if known)_____
          Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Israel Bisk <br> Name <br> Friedman & Company CPA,  4040 Barranca Pkwy, Ste 280, Irvine, CA 92604 | From 01/01/2015 <br> To 04/08/2021 |
| 26a.2. Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Name | From _____ <br> To _____ |
| 26b.2. Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Name | |

---

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            page 11

Debtor    Simon's Wholesale Bakery, Inc.
_____    Case number *(if known)*_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Debtor | Simon's Wholesale Bakery, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pearl J Rosenstrauch | 8 Broadleaf, Irvine, CA 92612 | President and shareholder | 75 |
| Seymour Rosenstrauch | 8 Broadleaf, Irvine, CA 92612 | Vice-President and Shareholder | 25 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Pearl J Rosenstrauch | 40,000.00 | 05/01/2020 | Approximate amount for payroll over the prior 12 months; no payments after August 2020 |
| Name | | | |
| 8 Broadleaf | | 06/01/2020 | |
| Irvine, CA 92612 | | | |
| | | 07/01/2020 | |
| **Relationship to debtor** | | | |
| Debtor's President | | _____ | |

Debtor ___Simon's Wholesale Bakery, Inc._____        Case number (if known)_____
_____Name_____

| Name and address of recipient | 10,500.00 | 02/28/2021 | Payroll and salary over the prior 12 months |
|---|---|---|---|
| 30.2  Seymour Rosenstrauch | | 03/14/2021 | |
| Name  8 Broadleaf | | 03/28/2021 | |
| Irvine, CA 92612 | | | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| Vice President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/08/2021___
           MM / DD  / YYYY

✗ _Rosenst_____        Printed name  Pearl Rosenstrauch
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Pres

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes



**Acorn Paper Products**
3686 E Olympic Blvd
Los Angeles, CA 90023


**Ally Financial**
P.O. Box 380901
Minneapolis, MN 55438


**American Paper and Plastic**
550 S 7th Ave
La Puente, CA 91746


**Ariba, Inc.**
3420 Hillview Ave, Bldg 3
Palo Alto, CA 94304


**Bakemark**
P.O. Box 102566
Pasadena, CA 91189


**Chef's Warehouse**
16633 East Gale Avenue
Hacienda Heights, CA 91745


**Jackson Tidus, A Law Corporation**
2030 Main Street
12th Floor
Irvine, CA 92614


**Kaufman & Kaufman**
1001 N Ross St
Santa Ana, CA 92701

O.C. Egg Distribution
1122 E 17th Street
Santa Ana, CA 92701


Pearl Rosenstrauch
8 Broadleaf
Irvine, CA 92612


Richey Associates, LLC
c/o Robert James Socci, Reg. Agent
30591 STEEPLECHASE DRIVE
San Juan Capistrano, CA 92675


Ritchey Associates, LLC
c/o Robert James Socci, Reg. Agent
30591 STEEPLECHASE DRIVE
San Juan Capistrano, CA 92675


Ritchey Associates, LLC
c/o Morasse Collins & Clark, APC
1401 Dove Street – Ste 310
Newport Beach, CA 92600


Seymour and Pearl Rosenstrauch
8 Broadleaf
Irvine, CA 92612


Seymour Rosenstrauch
8 Broadleaf
Irvine, CA 92612


Sodexo
PO Box 7247-8673
Philadelphia, PA 19170-8673

US Small Business Administration
409 3rd St, SW
Washington, DC 20416